**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARLOS E. REYNA,**

        **Plaintiff,**

**-vs-**                                                                             Case No. 6:05-cv-948-Orl-31JGG

**MECHANICAL ANALYSIS RESOURCE,**
**INC. d/b/a Elite Wireless Products &**
**MARK ZALEWSKI,**

        **Defendants.**

_____

## ORDER

      Plaintiff has moved to Dismiss Defendant's Counterclaim (Doc. 13) under the authority of *Brennan v. Heard*, 491 F. 2d 1 (5th Cir. 1974). However, even if *Brennan* were applicable, Plaintiff has also asserted a supplemental state law claim for breach of an employment contract. Accordingly, the Court has supplemental jurisdiction over Defendant's Counterclaim pursuant to Fed. R. Civ. P. 13(a), and the Counterclaim is not deficient under a Rule 12(b)(6) analysis. It is, therefore

      **ORDERED** that the Motion is DENIED.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on September 21, 2005.

                                                          GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party