# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARLOS E. REYNA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-948-Orl-31JGG**

**MECHANICAL ANALYSIS RESOURCE, INC. d/b/a Elite Wireless Products & MARK ZALEWSKI,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 28), it is

**ORDERED** that the Motion is GRANTED.  The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel.  Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 21, 2006.

                                                 GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party